THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0043-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DAVID A. JOHNSON, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to proceed with his hearing regarding revocation of supervised release by video conference or telephone conference (Dkt. No. 79). The motion does not include Defendant's explicit consent to such a proceeding. *See* W.D. Wash., General Order 04-20 at 2–3 (Mar. 30, 2020); *see* W.D. Wash., General Order 14-20 at 2 (Sept. 4, 2020) (renewing General Order 04-20). Defendant must consent to such a proceeding, currently scheduled for 9:00 a.m. on November 4, 2020. He may do so in written form prior to the hearing or orally at the outset of the hearing.

//

//

//

MINUTE ORDER
CR16-0043-JCC
PAGE - 1

DATED this 28th day of October 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk